UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MORTIFERUM LEE KARMA,

                Petitioner,

  v.

RON HAYNES,

                Respondent.

Case No. 3:25-cv-05838-RAJ-TLF

[PROPOSED] ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's "motion and order for expodential [sic] injunctive relief" (Dkt. 35) is DENIED. The remaining relief sought in petitioner's "motion for cause, order for cause of partial summary judgment" (Dkt. 33) and "motion for contempt" (Dkt. 34) is DENIED.

Dated this 9th day of June, 2026.

The Honorable Richard A. Jones
United States District Judge